IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN PATRICK CULLEN**                                                      **PLAINTIFF**

**V.**                                    **CASE NO. 5:21-CV-5220**

**ALLSTATE INSURANCE CO.;**
**KATHI JO BRINKLEY; and**
**KATIE E. KNIGHT**                                                          **DEFENDANTS**

## ORDER

On January 3, 2022, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff John Patrick Cullen's Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and issued a Report and Recommendation ("R&R") (Doc. 8). Judge Ford determined that the Amended Complaint was an appeal of a state appellate court decision and that federal district courts lack subject matter jurisdiction over challenges made to state court judgments and state proceedings, pursuant to the *Rooker-Feldman* doctrine. He then recommended that the case be dismissed without prejudice and Mr. Cullen be advised to follow the proper appellate procedure through the state courts, followed, if desired, by an appeal to the United States Supreme Court. *Id.* at p. 3.

In response to the R&R, Mr. Cullen filed a Motion to Amend Complaint (Doc. 9) on January 6, 2022, and Objections to the R&R (Doc. 10) on January 11, 2022. In his Objections, Mr. Cullen confirms that this case is an appeal of an unfavorable decision by the Circuit Court of Garland County, Arkansas. He advises that he appealed the decision to the Arkansas Court of Appeals, which affirmed the lower court. He claims he also appealed—unsuccessfully—to the Arkansas Supreme Court. (Doc. 10, pp. 1-2). He

admits he would like this Court "to overturn the original dismissal from Garland Co.," *id.* at p. 2; but as the R&R carefully explains, this Court lacks subject matter jurisdiction to consider such an appeal. Mr. Cullen's next step is to appeal directly to the United States Supreme Court. Accordingly, his Objections are **OVERRULED**.

With regard to the proposed amended complaint, Mr. Cullen acknowledges that his claims have not changed. He has simply "condensed [his original claims]. . . for better understanding and simplicity." (Doc. 9). Since the proposed second amended complaint does not cure the jurisdictional defect identified in the R&R, the Motion to Amend Complaint (Doc. 9) is **DENIED** as futile.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 8) is **ADOPTED IN ITS ENTIRETY**. For the reasons stated therein, the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all other pending motions and close the case.

**IT IS SO ORDERED** on this 12th day of January, 2022.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE